RECEIVED
JUN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

United States of America ex rel.
CHUNDELL TYREE LEAKS N92024
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

Transcosio Anthony
(Warden, Superintendent, or authorized person having custody of petitioner)

RESPONDENT, and

**(Fill in the following blank only if judgment attacked imposes a sentence to commence in the future)**

ATTORNEY GENERAL OF THE STATE OF
Leah C. Meyers
(State where judgment entered)

CASE NO: 08 C 50108
(Supplied by Clerk of this Court)

Kapala

Case Number of State Court Conviction: CR 87-11051

**PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered: WINNEBAGO COUNTY COURT HOUSE AKA COOK COUNTY JAIL COOK COUNTY COURTROOM
2. Date of judgment of conviction: 1989 APRIL 26th
3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known) Murder Arm Volience
4. Sentence(s) imposed: A Life Sentence
5. What was your plea? (Check one)
   - (A) Not guilty (✓)
   - (B) Guilty ( )
   - (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one): Jury ( ) Judge only (✓)

2. Did you testify at trial? YES ( ) NO (✓)

3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

   (A) If you appealed, give the

   (1) Name of court: Cook County

   (2) Result: affirmed

   (3) Date of ruling: March 6th 2007 7th of 1999

   (4) Issues raised: INsanity pled and should I recieve the Death Sentence

   (B) If you did not appeal, explain briefly why not:

   Because, because I was over medicated with NorZine

4. Did you appeal, or seek leave to appeal, to the highest state court? YES ( ) NO (✓)

   (A) If yes, give the

   (1) Result: ________

   (2) Date of ruling: ________

   (3) Issues raised: ________

   (B) If no, why not: Because I was doped up off of psychiatraphic

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes (✓) No ( )

   If yes, give (A) date of petition: 2007th (B) date *certiorari* was denied: ________

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES (✓) NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: Cook County

   B. Date of filing: May 8th 2000

   C. Issues raised: ~~ingestion~~, inCongestion of psychotropic drug and I vommitted and vommitt alot I'm still on this Nivine at this psych. Center at Dixon

   D. Did you receive an evidentiary hearing on your petition? YES (✓) NO ( )

   E. What was the court's ruling? Affirm

   F. Date of court's ruling: 5-8-2001 OR 6-26-2001 one them dates

   G. Did you appeal from the ruling on your petition? YES (✓) NO ( )

   H. (a) If yes, (1) what was the result? denied

   (2) date of decision: 6-26-2001

   (b) If no, explain briefly why not: 

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES (✓) NO ( )

   (a) If yes, (1) what was the result? Affirm

   (2) date of decision: 5-26-2002

   (b) If no, explain briefly why not: The Illinois Supreme Court denied Me.

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus? YES (✓) NO ( )

A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

1. Nature of proceeding habeas [redacted]
2. Date petition filed APRil 7th 2003
3. Ruling on the petition Affirm
4. Date of ruling APRiL 26th 2003
5. If you appealed, what was the ruling on appeal? NO Appeal
6. Date of ruling on appeal none
7. If there was a further appeal, what was the ruling ? no
8. Date of ruling on appeal none

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? YES ( ) NO (✓)

A. If yes, give name of court, case title and case number: ______

B. Did the court rule on your petition? If so, state

(1) Ruling: ______

(2) Date: ______

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? YES (✓) NO ( )

If yes, explain: Yeah a threat by a ho a Blk GangsTa Woman in this psych Center Employeed under her Alias Shawn Riley is her name on The Street also and inside this psych. Dixon her name is a Doctor Dons By SHANAVIAL And She keep threating to kill Me While I am hand Cuffed my Right hand to HEAVAN This Woman had Me Brutally assaulted by Correctional officer By the name of being HANNIRAHAN he placed a Riot Shield over decompressed brutally against my face and SalVagely Struck The Shield while his Correctional officer LOUTENUAUNT Hausenga had me hand Cuffed and bitterly holding my hands my wrists while HANNIRAHAN ASTUALUTED ME it happened 3-31-07 They have it on file I was in ISolation where I am at now. Yes They beat Me

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one Spurlock did that and romero
Supporting facts (tell your story briefly without citing cases or law):

Romero Holloman is with the million man march and he a Roman and Europe is in you is what he told Me before attacking Me he'll inmate under Romero Holloman They wrote a disciplinary report and Then Spurlock ain't gonna do you like I'm going to do you was spoken from Romero Than he hited Me in my face for 15 minutes we brawled and than They Reported Correctional officers a woman Correctional officer that work in the psych. Center Reported to the c/o's desk and he put Me in seg.

(B) Ground two
Supporting facts:

(C) Ground three
Supporting facts:

(D) Ground four
Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

YES ( ) NO ( )

3. If you answered **"NO"** to question (2), state briefly what grounds were not so presented and why not:

I don't know I'm illiterated I just can spell and count a little. And want to go home I have a 22 year old Daughter. Immortal Daughter too. I know her mother's been incarnated and I love her but can't be with her. She is a Roman and they do not like Africa.

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing Natalie Fredrickson

(B) At arraignment and plea ______

(C) At trial ______

(D) At sentencing ______

(E) On appeal ______

(F) In any post-conviction proceeding ______

(G) Other (state): ______

**PART V – FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( ) NO ( )

Name and location of the court which imposed the sentence: ______

Date and length of sentence to be served in the future ______

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: ______
(Date)

Ms. Fredrickson
Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

Chundell Tyree Leaks
(Signature of petitioner)

N92024
(I.D. Number)

2600 North Brinton Avenue
(Address)

Revised: 7/20/05

# INSTRUCTIONS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 & § 2254

## -READ CAREFULLY-

1) Rule 81.3(a) of the Local Rules of this court requires that petitions filed by prisoners in custody be submitted on this court's approved form. You may obtain copies of this form from the Clerk of this court. The petition must be typewritten or neatly handwritten and signed by the petitioner. It is not necessary to swear to the petition under oath before a notary public. However, you must attest under penalty of perjury that your petition is true and correct. You are warned that any false statement of a material fact may subject you to further prosecution and conviction.

2) All questions must be answered briefly in the proper space on the form. Additional pages may be used only if there is not enough space on the form. You may not answer a question by referring to another document, such as "see attached" or "see brief." If you refer to other documents, such as court rulings or trial transcripts, you should, if possible, attach copies of them as exhibits to the petition. You do not need to cite cases or statutes. Briefs or arguments are not to be submitted unless requested by the court.

3) **You should list in your petition all possible reasons why your conviction or sentence should be set aside. If you fail to do so, you normally will be prohibited from presenting additional reasons in another petition. Once the court has ruled on your habeas claims, you may not file another habeas petition attacking the same conviction or sentence without prior permission from the U.S. Court of Appeals. You should therefore prepare your petition with care.**

4) The filing fee for a petition for habeas corpus is **$5.00**, which should be sent in with the petition. If you cannot pay the filing fee, you may request permission to file as a poor person, or "in forma pauperis." To do so, you must complete and sign this court's form, titled "Application For Leave To Proceed Without Prepayment Of Fees And Affidavit." You must also send in a certified copy of your trust fund account statement. Prison officials for each prison or jail can give you a paper showing all money you received during the six months before you filed your petition. The court will then decide whether you may proceed without payment of the filing fee. Generally, prisoners with income from a prison job or regular gifts from outsiders must pay the $5.00 fee.

5) When the petition is fully completed, mail the original petition and any exhibits – plus two copies of the petition together with the exhibits if you are incarcerated in a prison, and three copies if you are incarcerated in a jail – to the Clerk of the United States District Court, [redacted]. After your petition and copies are received, the court will first decide whether you will be permitted to proceed in forma pauperis if the filing fee was not paid. The court will then review the petition, any exhibits to the petition, and published reports of court decisions relating to your case. If it is clear from the petition and exhibits that you are not entitled to habeas relief, then the court will dismiss the petition without ordering a response from the state. If it appears that you may have a habeas claim, the state will be ordered to respond to the petition. Always keep the court informed of your address; failure to do so may result in dismissal of your case.

6) You may request that counsel be appointed to represent you. You should use this court's form, and you must include a properly completed application for leave to proceed in forma pauperis, even if you have paid the filing fee. Prisoners have no right to have an attorney help them in a habeas corpus petition, and the court does not usually appoint counsel. The court normally appoints an attorney only (a) in death penalty cases, (b) where an evidentiary hearing will be required, or (c) where, given the difficulty of the case and the petitioner's ability, it appears that the petitioner cannot succeed without an attorney but would have a reasonable chance of success if an attorney were appointed.

Revised: 07/21/05

Send petition to: U.S District Court
Northern District, Western Division
Room 252, Federal Building
211 South Court, Federal Bldg
ROCKFORD IL 61101

6/11/08

Shanaiviral Riley is responsible for savvigtaging this psych. Center in really they Extra Curriculm is Su Su She do it for Yu-Suff ahamiddeen Ali muhammiddd has been jealous of my Father working for Fire stone for harvey and takes it out on me screw me over big time and listen I want to press charges

CR # 30458 6/5/08

13392

ILLINOIS DEPARTMENT OF CORRECTIONS

OK

## Offender Authorization for Payment

Posting Document # 88 337521 BB

Date 6-08-08

Offender Name Leaks ID# N92024 Housing Unit DPU-D-13 living unit

Pay to DANCE BOOTY PRODUCTION

Address PO BOX 60582

City, State, Zip DAYTON ohio 46501

The sum of $18.00 dollars and 00 cents charged to my trust fund account, for the purpose of Nude portrait picture photo

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature [signature] ID# N92024

Witness Signature [signature]

☒ Approved ☐ Not Approved Chief Administrative Officer Signature [signature]

Postage applied in the amount of ______ dollars and 42 cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Responsibilities including teaching Student advising and recruitment Clinical Supervision program and Curriculum developement. In addition will participate in divisonal and College Committees and student recruitment activities. Requires maters degree in Nurse, IL RN licensure or eligible 2+ years nursing experience in a medical/Surgical environment and Nuring experience within the last five years Psychiatric nuring experience highly desired

Office of Human Resources 425 Fawell Blvd. Glen Ellyn Illinois 60137

Received JUN 2007 ... 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

This Correspondence Is From An Inmate Of The Illinois Dept Of Corrections

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 01.17
0004254712 JUN 17 200
MAILED FROM ZIPCODE 610