# FILED

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief of CR Appeals
100 W. Randolph
12-Floor
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
ATTORNEY GENERAL
JUN 23 2008
OFFICE SRVCS
MAILROOM

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7002 0510 0000 6469 3513
   (Transfer from service label)

   08 C 50108

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540