## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50108 | **DATE** | July 10, 2008 |
| **CASE TITLE** | U.S. ex rel. Chundell Tyree Leaks (N-92024) v. Anthony Transcosio, et al. | | |

**DOCKET ENTRY TEXT:**

The Court orders this petition for a writ of habeas corpus transferred forthwith to the United States District Court for the Northern District of Illinois, Eastern Division, at Chicago, for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

This case is a petition for a writ of habeas corpus brought to challenge Petitioner's conviction in Cook County, Illinois. Cook County lies within the federal judicial district for the Northern District of Illinois, Eastern Division. Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. Generally, given the ready availability of court records and, if necessary, potential witnesses, the district in which the prisoner was convicted is considered the more convenient of the two. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 493-94 (1973). Accordingly, finding the district of conviction a more desirable forum for this action, the Court, pursuant to the discretion granted it under 28 U.S.C. § 2241(d), orders this action transferred to the United States District Court for the Northern District of Illinois, Eastern Division, at Chicago, for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1