

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
      **CLERK**                                                                                                                815-987-4354

July 10, 2008

USDC/ ILND Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.;   20th Floor
Chicago, IL 60604

RE: U.S. ex rel. Chundell Tyree Leaks (N-92024) v. Anthony Transcosio, et al.
USDC No.: 3:08-cv-50108

Dear Clerk:

Enclosed is a copy of the transfer order entered by the Honorable Judge Kapala on July 10, 2008.   All documents in this case have been imaged.

                                       Sincerely yours,

                                       Michael W. Dobbins, Clerk

                                       By:   s/ Jennifer Titak
                                             Jennifer Titak, Deputy Clerk

Enclosure(s):