*AmB*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*Gottschall*

In The Matter Of:                     )
                                      )
United States of America ex rel.      )
    CHUNDELL TYREE LEAKS               )
                                      )
        vs.                        )   Case No.   08 C 50108
                                      )
    ANTHONY TRANSCOSIO, et al.         )
                                      )

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

The above-captioned case having been assigned to the calendar of
Judge <u>Castillo</u> in error; it is recommended that the assignment be
vacated and the case be reassigned to the calendar of Judge
<u>GOTTSCHALL</u>.   The reasons for the reassignment are indicated on the
reverse side.

<u>MICHAEL W. DOBBINS</u>
Clerk

*A. E. Woodham*

A. E. Woodham, Deputy Clerk

Dated:   July 14, 2008

*******************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be and the same
hereby is to the calendar of <u>GOTTSCHALL</u>.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*

Chief Judge

Dated:  **JUL 1 5 2008**

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge <u>Castillo</u> in error. Plaintiff is an inmate who has filed a prior habeas corpus petition (04 C 4658). Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge     <u>GOTTSCHALL</u> who was assigned to his prior habeas corpus case.