FILED MHW
8-28-2008 LCW
AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Warden Nedra Chandler_
Plaintiff

v.

_Chundell Leaks_
Defendant(s)

CASE NUMBER _08 C 50108_

JUDGE _JOAN B. GOTTSCHALL_

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _CHUNDELL TYREE LEAKS_, declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # _N92024_    Name of prison or jail: _Dixon Correctional Center_
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: _$9.60_

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _none_
   Name and address of employer: _have none_

   a. If the answer is "No":
      Date of last employment: _1983_
      Monthly salary or wages: _$88.00_
      Name and address of last employer: _Jerome Henderson 3837 So. Ellis Apt. #401 Chgo Illinois 60653_

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: _$750.00_
      Name and address of employer: _Carolyn Williams 730 East 39th Street Apt 503 Chgo Il 60653_

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages    ☐Yes    ☒No
      Amount_____ Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes    ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                   ☐Yes    ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                  ☒Yes    ☐No
Amount $9.60 _____ Received by _Workers Compensation_

e.  ☐ Gifts or ☐ inheritances                                    ☐Yes    ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source: _any other_ )              ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☒Yes    ☐No    Total amount: $88,000.00
In whose name held: _Carolyn Williams_ Relationship to you: _Spouse_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?                    ☐Yes    ☐No
Property: _Home Value_ Current Value: $88,000.00
In whose name held: _Eddie Murphy_ Relationship to you: _enemy_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_I have no support from no member of my college family. And that daughter (price is) my daughter. She's_____

-2-

Date : 8/11/2008
Time : 15:43:23
CHAMP

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement
6/12/2008 to 8/11/2008

Page 1 of 1

Inmate: N92024 Leaks, Chundell

Housing Unit: DXP-XB-B -12

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 37.33 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80836947, DOC: 523 Fund Inmate, Inv. Date: 05/30/2008 | -.93 | 36.40 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80836085, DOC: 523 Fund Inmate, Inv. Date: 05/21/2008 | -.42 | 35.98 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80837591, DOC: 523 Fund Inmate, Inv. Date: 06/06/2008 | -.17 | 35.81 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80836253, DOC: 523 Fund Inmate, Inv. Date: 05/23/2008 | -.76 | 35.05 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168315 | Chk #80572 | 81838057, DOC: 523 Fund Inmate, Inv. Date: 06/12/2008 | -1.17 | 33.88 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80837521, DOC: 523 Fund Inmate, Inv. Date: 06/05/2008 | -.42 | 33.46 |
| 06/17/08 | Point of Sale | 60 Commissary | 169726 | 575761 | Commissary | -26.51 | 6.95 |
| 07/16/08 | Disbursements | 80 Postage | 198315 | Chk #80921 | 80839121, DOC: 523 Fund Inmate, Inv. Date: 06/23/2008 | -.42 | 6.53 |
| 07/16/08 | Disbursements | 80 Postage | 198315 | Chk #80921 | 80838380, DOC: 523 Fund Inmate, Inv. Date: 06/16/2008 | -.42 | 6.11 |
| 07/22/08 | Point of Sale | 60 Commissary | 204726 | 579327 | Commissary | -5.97 | .14 |
| 07/22/08 | AP Correction | 88 Photos | 204515 | Chk #80458 Voided | 88837521 - Dance Booty Product | 18.00 | 18.14 |
| 08/06/08 | Point of Sale | 60 Commissary | 219726 | 581205 | Commissary | -17.50 | .64 |

| | |
|---|---|
| Total Inmate Funds: | .64 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .64 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |